# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSE ENRIQUE MENDIOLA　　　　　　　　　　　　　　　　PLAINTIFF
ADC #130653

v.　　　　　　　　　　No: 1:19-cv-27-DPM

GILLASPIE, Corporal, ADC North Central
Unit; MENDEZ, Corporal, ADC North Central
Unit; TOLAR, Sergeant, ADC North Central
Unit; JINKINS, Corporal, ADC North Central
Unit; JUSTEN N. PETER, Grievance Officer,
ADC North Central Unit; and JOHNSON,
Deputy Warden, ADC North Central Unit　　　　　　　DEFENDANTS

## ORDER

Motion to voluntarily dismiss, № 6, granted. Mendiola's complaint will be dismissed without prejudice. Recommendation, № 5, declined as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　D.P. Marshall Jr.
　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　13 June 2019