# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSE ENRIQUE MENDIOLA                                          PLAINTIFF
ADC #130653

v.                       No: 1:19-cv-27-DPM

GILLASPIE, Corporal, ADC North Central
Unit; MENDEZ, Corporal, ADC North Central
Unit; TOLAR, Sergeant, ADC North Central
Unit; JINKINS, Corporal, ADC North Central
Unit; JUSTEN N. PETER, Grievance Officer,
ADC North Central Unit; and JOHNSON,
Deputy Warden, ADC North Central Unit           DEFENDANTS

## JUDGMENT

Mendiola's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019